HAROLD C. DAHL *v.* MANUFACTURERS REALTY
CORPORATION ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, JS.

Argued April 4—decided April 5, 1967

*Elliott B. Pollack,* with whom, on the brief, was *David Kotkin,* for the appellant (named defendant).

*Geurson D. Silverberg,* for the appellee (defendant Norwich Industrial Foundation, Inc.), and *Allyn L. Brown, Jr.,* with whom were *Wayne G. Tillinghast* and, on the brief, *Milton L. Jacobson,* for the appellee (plaintiff).

PER CURIAM. There is no error. The case is remanded with direction to render judgment as on file except for such modification as is made necessary by the lapse of time since the date of the original judgment.